## BAKER *v.* THE STATE.

CANDLER, J. 1. The act approved August 17, 1903 (Acts 1903, p. 46), is not applicable to a case made by an indictment charging acts of vagrancy on August 1, 1903.

2. Upon conviction of a person under such an indictment, the record failing to show the date of the return of the bill by the grand jury, a judgment sentencing the accused in accordance with the law as it was prior to the amendatory act was legal.　　　*Judgment affirmed. All the Justices concur.*

Submitted October 21,— Decided October 29, 1903.

Indictment for vagrancy. Before Judge Evans. Taliaferro superior court. August term, 1903.

*Hawes Cloud* and *Colley & Sims,* for plaintiff in error.

*D. W. Meadow, solicitor-general,* contra.